FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 0 7 2012

DAVID J MALAND, CLERK
BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | NO. 1:12CR 19 (Judge Crone/ Giblin |
| STEVEN CLAUDE GRIBBLE JR, § a/k/a "Space Ghost" § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance
of a Drug Trafficking Crime)

On or about September 21, 2011, in the Eastern District of Texas, **Steven Claude Gribble**, a/k/a "Space Ghost," defendant, did knowingly possess a firearm, namely, one (1) Rohm, Model 66, .22 caliber revolver, serial number IC336454; one (1) Sporting Arms Mfg., Snakecharmer II, .410 caliber shotgun, serial number 20436; and one (1) Llama (Fabrinor), Model Max I, .45 caliber pistol, serial number 71-04-12507-01, in furtherance of a drug trafficking crime for which defendant may be prosecuted in a court of the United States, namely, possession with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1).

In violation of 18 U.S.C. § 924(c).

### Count Two

Violation: 18 U.S.C. §§ 922(g)(1)
(Felon in Possession of a Firearm)

On or about September 21, 2011, in the Eastern District of Texas, **Steven Claude Gribble**, a/k/a "Space Ghost," defendant, having been convicted of a crime punishable by imprisonment for a term exceeding one year, that is: Possession of a Contolled Substance, a felony, in Case Number D020264-R, in the 260th District Court of Orange County, Texas, on November 12, 2009, and Possession of a Controlled Substance- Methamphetamine, a felony, in Cause Number 25700, in the 159/217th Judicial District Court of Angelina County, Texas, on July 29, 2005, did knowingly possess in and affecting interstate and foreign commerce a firearm, that is: One (1) Rohm, Model 66, .22 caliber revolver, serial number IC336454 and one (1) Llama (Fabrinor), Model Max I, .45 caliber pistol, serial number 71-04-12507-01.

In violation of 18 U.S.C. §§ 922(g)(1).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Criminal Forfeiture Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

As the result of committing the felony offenses in violation of 18 U.S.C. §§ 924(c) and 922(g)(1) alleged in Counts One and Two of this indictment, defendant, **Steven Claude Gribble**, a/k/a "Space Ghost, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the offenses, including but not limited to the following, to-wit:

A.   one (1) Rohm, Model 66, .22 caliber revolver, serial number IC336454;

B. one (1) Sporting Arms Mfg., Snakecharmer II, .410 caliber shotgun, serial number 20436;

C. one (1) Llama (Fabrinor), Model Max I, .45 caliber pistol, serial number 71-04-12507-01; and

D. one-hundred and seventy-nine (179) rounds of Wolf, .45 caliber ammunition.

A TRUE BILL

*akm*
GRAND JURY FOREMAN

JOHN M. BALES
UNITED STATES ATTORNEY

JOHN B. ROSS
ASSISTANT UNITED STATES ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | NO. 1:12CR 19 . (Judge Crone/Giblin) |
| STEVEN CLAUDE GRIBBLE JR, a/k/a "Space Ghost" | § § | |

## NOTICE OF PENALTY

### Count One

Violation: 18 U.S.C. § 924(c)

Penalty: Imprisonment of not less than 10 years which must be served consecutively to any other term of imprisonment, a fine not to exceed $250,000.00, or both; and supervised release of at least three (3) years, but not more than five (5) years.

In the case of a second or subsequent conviction, imprisonment of not less than 25 years which must be served consecutively to any other term of imprisonment, a fine not to exceed $250,000, or both; and supervised release of at least three (3) years, but not more than five (5) years.

Special Assessment: $100.00

### Count Two

Violation: 18 U.S.C. Sections 922(g)(1) and 924(a)(2)

Penalty: Imprisonment of not more than ten (10) years, a fine not to exceed $250,000, or both; a term of supervised release of not more than three (3) years. If the Court determines that the defendant is an Armed Career Offender under 18 U.S.C. § 924(e), imprisonment of

Indictment - Page 4

        not less than 15 years and not more than life, a fine not to exceed $250,000, or both; a term of supervised release of not more than five (5) years.

<u>Special Assessment</u>:    $ 100.00