| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:12-CR-19 |
| | § | |
| STEVEN CLAUDE GRIBBLE | § | |

## MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred this matter to the United States Magistrate Judge Keith F. Giblin for the administration of a guilty plea hearing. Judge Giblin conducted a hearing and issued his findings of fact and recommendation on the defendant's guilty plea (#27). The magistrate judge recommended that the Court accept defendant's guilty plea and the plea agreement. He further recommended that the Court finally adjudge defendant as guilty on Count One and Count Two of the Indictment.

The parties have not objected to the magistrate judge's findings. The Court accepts the findings in the report and recommendation. The Court ORDERS that Judge Giblin's report (#27) is adopted. The defendant's guilty plea is accepted at this time. The Court defers acceptance of the plea agreement until after reviewing the presentence report. It is finally ORDERED that defendant, Steven Claude Gribble, is adjudged guilty on Count One and Count Two of the Indictment charging violations of Title 18, United States Code, Sections 942(c) and 922(g).

SIGNED at Sherman, Texas, this 5th day of October, 2012.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE